July 1, 2005

Mr. Michael Alan Yanof
Stinnett Thiebaud & Remington, L.L.P.
1445 Ross Avenue, Suite 2500
Dallas, TX 75202-2701

Mr. James Michael Baker
Castro & Baker, L.L.P.
1155 Dairy Ashford, Suite 104
Houston, TX 77079

RE: Case Number: 02-1101
 Court of Appeals Number: 05-01-01267-CV
 Trial Court Number: 00-7538-D

Style: MARK T. MURPHY, M.D.
 v.
 JOHNETTE RUSSELL

Dear Counsel:

 Today, the Supreme Court of Texas (Justice O'Neill not sitting)
dismissed as moot respondent's motion to expedite disposition and delivered
the enclosed opinion and judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Gena Pelham, Deputy Clerk

Enclosures (2)

|cc:|Ms. Lisa Matz|
| | |
| |Mr. Jim |
| |Hamlin |